**Order entered February 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01355-CR

**BENJAMIN ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31815-86**

## ORDER
Before Justices Bridges, Fillmore, and Brown

Before the Court is the State's February 9, 2015 first motion to extend the time for filing its brief in this appeal. The State's brief was due on September 5, 2014. The case is set for submission and oral argument tomorrow, February 10, 2015. We **DENY** the State's motion and **STRIKE** the brief it tendered to the Court on this date.

/s/     ADA BROWN
PRESIDING JUSTICE